IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
ANDREW J. OSTROWSKI                 :      1:10-mi-64
                                    :

## PETITION OF ANDREW OSTROWSKI REQUESTING CLARIFICATION OF THE SUSPENSION ORDER

The Petitioner, Andrew Ostrowski, by his counsel, Samuel C. Stretton, Esquire, hereby requests clarification of the Suspension Order. Attached and marked Exhibit "A" is a letter prepared for Judge Kane and is incorporated by reference. Mr. Stretton is asking for clarification as to whether or not the suspension begins immediately or is there a thirty (30) day period of time to wind down Mr. Ostrowski's affairs.

WHEREFORE, Samuel C. Stretton, Esquire, on behalf of Andrew Ostrowski, is requesting clarification of the Suspension Order.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Andrew Ostrowski
301 S. High Street
P.O. Box 3231
West Chester, PA   19381
610-696-4243
Attorney I.D. No. 18491

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
ANDREW J. OSTROWSKI             :    1:10-mi-64
                                :

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Petition of Andrew Ostrowski Requesting Clarification of the Suspension Order in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1.  Edwin W. Frese, Jr., Esquire
    Office of Disciplinary Counsel
    100 Pine Street, Suite 400
    Harrisburg, PA  17101-1228

2.  Andrew J. Ostrowski, Esquire
    4311 North Sixth Street
    Harrisburg, PA  17110-1614

                                Respectfully submitted,

March 26, 2010                  s/Samuel C. Stretton
Date                            Samuel C. Stretton, Esquire
                                Attorney for Andrew Ostrowski
                                301 S. High Street
                                P.O. Box 3231
                                West Chester, PA  19381
                                610-696-4243
                                Attorney I.D. No. 18491