IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:10-MC-0064 |
| ANDREW J. OSTROWSKI | : | |
| | : | |
| | : | (Judge Brann) |

## ORDER

And now, this 24th day of February 2014, Andrew J. Ostrowski's Motion to Reopen Case/Reinstate to Practice is DENIED. ECF No. 10.

The clerk is directed to close the case file pursuant to Middle District Local Rul 83.26.6.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1