IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:10-MC-0064 |
| ANDREW J. OSTROWSKI | : | |
| | : | |
| | : | (Judge Brann) |

**ORDER**

And now, this 1st day of May, 2014, Andrew J. Ostrowski's Motion for Reconsideration is DENIED. ECF No. 67.

The clerk is directed to close the case file pursuant to Middle District Local Rul 83.26.6.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1